■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EPHRIAM HUNTER, Appellant. [844 NYS2d 751]—Appeal from a judgment of the Supreme Court, Erie County (Joseph S. Forma, J.), rendered May 29, 2003. The appeal was held by this Court by order entered December 22, 2006, decision was reserved and the matter was remitted to Supreme Court, Erie County, for further proceedings (35 AD3d 1228 [2006]). The proceedings were held and completed (John L. Michalski, J.).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.

■ In the Matter of RICHARD FERNANDEZ, Petitioner, v LUCIEN LECLAIRE, JR., as Acting Commissioner of New York State Department of Correctional Services, Respondent. [845 NYS2d 211]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Erie County [Sheila A. DiTullio, A.J.], entered March 6, 2007) to review a determination of respondent. The determination found after a tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Martoche, Smith, Lunn and Pine, JJ.